DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DARREN L. CORBETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2447

_____

April 10, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.